# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                            Plaintiff,

vs.

URIEL RUIZ-VILLANUEVA (1)

                            Defendant.

Case No. 16CR0578-CAB

FILED
2016 AUG -1 PM 12:59
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__    Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

_x_    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__    the Court has dismissed the case for unnecessary delay; or

__    the Court has granted the motion of the Government for dismissal, without prejudice; or

__    the Court has granted the motion of the defendant for a judgment of acquittal; or
__    a jury has been waived, and the Court has found the defendant not guilty; or

__    the jury has returned its verdict, finding the defendant not guilty;

_x_    of the offense(s) as charged in the Indictment/Information:

        Title 8, U.S.C., Sec. 1326(a) and (b) – Attempted Reentry of Removed Alien.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 7/29/2016

                                                    Hon. Cathy Ann Bencivengo
                                                    United States District Judge